1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    GERONIMO SANCHEZ-DEGANTE
6

7
                 IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,        )  NO. CR.S-11-529-GEB
11                                   )
                     Plaintiff,      )
12                                   )  **STIPULATION AND [PROPOSED] ORDER;**
         v.                          )    **CONTINUING STATUS CONFERENCE**
13                                   )       **AND EXCLUDING TIME**
    GERONIMO SANCHEZ-DEGANTE,        )
14                                   )  Date:  March 2, 2012
                     Defendant.      )  Time:  9:00 a.m.
15  _____ )  Judge: Hon. Garland E. Burrell Jr.

16
         IT IS HEREBY STIPULATED by and between the parties hereto through
17
    their respective counsel, MICHELE BECKWITH, Assistant United States
18
    Attorney, attorney for Plaintiff, and CARO MARKS, attorney for GERONIMO
19
    SANCHEZ-DEGANTE, that the status conference hearing date of February
20
    24, 2012 be vacated, and the matter be set for status conference on
21
    March 2, 2012 at 9:00 a.m.
22
    The reason for this continuance is to allow defense counsel additional
23
    time to address the defendant's questions about how a guilty plea to
24
    the instant charge may affect his applications for legal status in the
25
    United States. Counsel believes that with an interpreter, this can be
26
    accomplished in approximately one week.
27
         Based upon the foregoing, the  parties agree that the time under
28

the Speedy Trial Act should be excluded from the date of signing of this order through and including March 2, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  February 23, 2012.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Caro Marks
                                              CARO MARKS
                                              Designated Counsel for Service
                                              Attorney for Geronimo Sanchez-Degante

DATED:  February 23, 2012.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Caro Marks for
                                              MICHELE BECKWITH
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


                                    ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 24, 2012,  status conference hearing be continued to March 2, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant

in a speedy trial.  It is ordered that time up to and including the March 2, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   February 23, 2012

GARLAND E. BURRELL, JR.
United States District Judge