```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GERONIMO SANCHEZ-DEGANTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR.S-11-529-GEB |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER;** |
| | ) **CONTINUING STATUS CONFERENCE** |
| GERONIMO SANCHEZ-DEGANTE, | ) **AND EXCLUDING TIME** |
| Defendant. | ) Date: March 9, 2012 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for GERONIMO SANCHEZ-DEGANTE, that the status conference hearing date of March 2, 2012 be vacated, and the matter be set for status conference on March 9, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to address the defendant's questions about how a guilty plea to the instant charge may affect his applications for legal status in the United States. Defense counsel has been in trial and unable to consult with the defendant. The parties agree on this continuance to allow defense counsel additional time to research and then discuss the

case with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 9, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 1, 2012.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for Geronimo Sanchez-Degante


DATED: March 1, 2012.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 2, 2012, status conference hearing be continued to March 9, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the

1 | ends of justice to be served by granting a continuance outweigh the
2 | best interests of the public and the defendant in a speedy trial.  It
3 | is ordered that time up to and including the March 9, 2012 status
4 | conference shall be excluded from computation of time within which the
5 | trial of this matter must be commenced under the Speedy Trial Act
6 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
7 | to allow defense counsel reasonable time to prepare.

Dated:   March 1, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge